FILED

03/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0702

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0702

IN RE THE MARRIAGE OF:

STEVAN STREIT WILLIAMS,

Petitioner and Appellee,

v.

LINDSAY MARIE WILLIAMS,

Respondent and Appellant.

FILED

MAR 12 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

M. R. App. P. 12(1)(i) requires that the judgment, order, findings of fact, conclusions of law, or decision from which the appeal is taken, together with the supporting memorandum opinion, if any, be contained in appellant's brief to this Court or appendix thereto.

The Court has determined that the Appellant's opening brief filed March 11, 2020, does not comply with the referenced Rule. Therefore,

IT IS ORDERED that within seven days from the date of this Order counsel for Appellants shall file ten complete copies of the order or orders being appealed from with the Clerk of this Court and serve a copy on all parties of record.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the referenced document.

The Clerk is directed to provide a copy of this Order to counsel for Appellant and to all parties of record.

DATED this 12th day of March, 2020.

For the Court,

By _____

Chief Justice